MKM:MSM
F. #2015R00944

FILED
CLERK

2016 JUL 29  PM 1:21

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

         Defendant.

– – – – – – – – – – – – – – – – – X

NOTICE OF MOTION

Criminal Docket No.

CR 16 -   425

WEINSTEIN, J.

MANN. M.J.

PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant JOHN DOE's

waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
           July 29, 2016

ROBERT L. CAPERS
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____

Mathew S. Miller
Assistant United States Attorney
(718) 254-6075

Cc:    Clerk of the Court